**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02669-BNB

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a Motion requesting that the Court order Inmate Banking to submit his monthly payment to the Court (Doc. No. 19).  Currently, monthly payments are an inmate's responsibility and will not be deducted automatically from the inmate's account.  Title 28 U.S.C. § 1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account," provided the prisoner's account exceeds $10.00.  Plaintiff's Motion requesting an automatic withdrawal for monthly payments is DENIED.  Also, Plaintiff's Motion Requesting Extension of Time to Serve Defendants (Doc. No. 20) and his Motion for service by the United States Marshal (Doc. No. 21) are DENIED as unnecessary.

Dated:  February 7, 2011