IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-BNB

STEVEN DOUGLAS GREEN

   Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 09 2011

GREGORY C. LANGHAM
       CLERK

## ORDER

   Plaintiff, Steven Douglas Green, is a Colorado state prisoner who currently is incarcerated at the Colorado Department of Corrections in Cañon City, Colorado. On November 2, 2010, Mr. Green, acting *pro se*, filed two pleadings titled "Declaration" and "Order to Show Cause for a Preliminary Injunction." He claims he currently is housed at the Colorado State Penitentiary in administrative segregation, which has caused him major disadvantages, and requests that he be transferred from administrative segregation while this case is pending. The Court construes the Declaration and Order to Show Cause as a request for a preliminary injunction, which is denied.

   A party seeking a preliminary injunction must show (1) a substantial likelihood of prevailing on the merits; (2) irreparable injury unless the injunction issues; (3) that the threatened injury outweighs any damage the proposed injunction may cause the opposing party; and (4) no adverse impact to the public interest. *See Schrier v. Univ. of Colo.*, 427 F.3d 1253, 1258 (10th Cir. 2005).

Here, Mr. Green seeks to be moved from administrative segregation. Mr. Green fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Although Mr. Green asserts that the unit where he is incarcerated houses mostly unstable inmates, is subject to lockdowns several times a week, and is slow in providing legal materials to inmates, he does not assert that he is in immediate danger. Furthermore, Mr. Green also does not state that named Defendants are responsible for arranging his transfer to another facility. Accordingly, it is

ORDERED that the Declaration and the Order to Show Cause for a Preliminary Injunction (Doc. Nos. 3-2 and 4) filed November 2, 2010, are construed as a request for a preliminary injunction and are DENIED.

DATED at Denver, Colorado, this __9th__ day of ____February____, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02669-BNB

Steven Douglas Green
Prisoner No. 119574
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 9, 2011.

                             GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk