IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-BNB

STEVEN DOUGLAS GREEN,

     Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2011

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 10, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 10-cv-02669-BNB

Steven Douglas Green
Prisoner No.  119574
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on February 10, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk