IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2011.**

      Plaintiff's Motion to Amend Summons and Complaint [filed February 10, 2011; docket #25] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a), a party may amend his complaint once as a matter of course - that is, without permission from the court - within twenty-one (21) days after service of an answer or motion to dismiss. In this case, no answer nor motion to dismiss has been filed. Therefore, to the extent that Plaintiff seeks to file an Amended Complaint in this case, he may file such document (in its entirety) without seeking permission from the Court, so long as the document is filed within 21 days after an answer or other response to the complaint is served.[1]

---

[1] The Court notes that the Plaintiff need not amend his complaint to notify the court of an address change. Rather, he need only file a notice of change of address. *See* D.C. Colo. LCivR 10.1M.