IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2011.**

    Plaintiff's letter, titled by the Clerk of Court as a motion to amend [filed April 18, 2011; docket #69], is **denied without prejudice**. Plaintiff asks the Court to "go ahead and Amend [his] complaint since one of [his] defendants missed their response date;" however, Plaintiff does not identify a proposed amendment nor does he include a proposed amended complaint with his motion. In any event, the Court notes that default has not been entered against any defendant, as each defendant has responded to Plaintiff's complaint with a motion to dismiss. (*See* dockets ##60, 64.)