IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

      Plaintiff's "Amended Complaint Motion/ Amended Portion Attached" [filed April 28, 2011; docket #80] is **granted**. Plaintiff is entitled to amendment once as a matter of course pursuant to Rule 15(a). The Court accepts the proposed amendment at docket #80, pp. 3-4, and considers this amendment as part of the now-Amended Complaint at docket #3. Defendants may address the amendment in their respective replies in support of their respective motions to dismiss, due on or before **May 12, 2011**. (*See* dockets ##60, 64.)

      Before the Court is Plaintiff's "Summary Judgment Motion" [filed April 28, 2011; docket #75] and accompanying exhibits (docket #78). Defendants shall respond to this motion on or before **May 19, 2011**. Plaintiff may reply within *fourteen days* of Defendants' response.