IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2011.**

      Plaintiff's request, titled by the Clerk of Court as a "Letter Requesting the Court Order Defendant Wendy Brown to Reply to the Plaintiff's Summary Judgment Motion" [filed May 24, 2011; docket #96], is **denied**. On May 9, 2011 [docket #92], the Court granted Defendants' motion for a stay of proceedings pending disposition of the two motions to dismiss. The Court extended the stay to the briefing on Plaintiff's motion for summary judgment. Defendants will not have to respond to the motion for summary judgment until given instruction to do so by the Court.

      The Court informs Plaintiff that any request for relief must be submitted to the Court in the form of a motion, not a letter.