IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2011.**

      Plaintiff's request that the Court set a date for trial [filed May 31, 2011; docket #102] is **denied**. The District Court will set a trial date after the Final Pretrial Order is entered. The Final Pretrial Conference is presently scheduled for November 7, 2011.

      The Court again informs Plaintiff that any request for relief must be submitted to the Court in the form of a motion, not a letter.