IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

WENDY BROWN,
DARRELL SNYDER, and
GERALD EMRICK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2011.**

      Plaintiff's Motion Requesting Court to Set Trial Date [filed August 2, 2011; docket #117] is **denied** for the same reasons stated in the minute order issued June 1, 2011 at docket #105.