IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

DARRELL SNYDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2011.**

    Plaintiff's "Letter by Motion to the Court" [filed October 14, 2011; docket #137] is **granted**. Pursuant to Judge Daniel's order on August 29, 2011 [docket #123] and this Court's order imposing a stay of all proceedings [docket #92], the stay is hereby **lifted**. In accordance with the Court's Minute Order of September 2, 2011 [docket #127], the Court will hold a supplemental Scheduling Conference on Tuesday, **November 1, 2011** at **9:30 a.m.** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado. The Court will address whether to set a date for a Settlement Conference at the Scheduling Conference.

    The plaintiff shall participate in this conference by telephone. Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone. Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Steven Douglas Green, #119574
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777