IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

DARRELL SNYDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 20, 2011.**

    Plaintiff's Request by Motion to the Court [filed December 7, 2011; docket #146] is **denied without prejudice**. Plaintiff's Motion requests an affidavit from a fellow prisoner and an order from the Court allowing Plaintiff to correspond through the legal mail system. However, Plaintiff has failed to show why he is unable to obtain the relief he seeks through his own efforts.