IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

DARRELL SNYDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2012.**

    Before the Court is Plaintiff's Motion Pleading Special Matters [filed March 6, 2012; docket #166]. Plaintiff's Motion asserts a fraud claim against Defendant and Defendant's counsel; thus, the Court construes the request as a Motion to Amend. The Motion is **denied without prejudice**, however, Plaintiff may re-file the motion under Fed. R. Civ. P. 15(a) with the proposed amended complaint.