IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

     Plaintiff,

v.

DARRELL SNYDER,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2012.**

     Before the Court is Plaintiff's Motion Concerning Matters for Consideration [filed April 4, 2012; docket #175]. The motion asks the Court to strike Defendant's motion for summary judgment because Plaintiff asserts it was filed past the deadline for dispositive motions. Pursuant to the Court's November 2, 2011 Minute Order, dispositive motions were due on or before March 1, 2012. (Docket #144). The docket in this case shows that Defendant filed his motion for summary judgment on March 1, 2012. (*See* docket #162.) Because Plaintiff's contention is not supported by the record, the motion is **denied**.