IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

     Plaintiff,

v.

DARRELL SNYDER,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2012.**

     Plaintiff's "Letter by Motion to the Courts"[filed April 16, 2012; docket #185] represents that Plaintiff did not receive Defendant's reply [docket #172] in support of Defendant's motion for summary judgment. However, Defendant's reply contains a certificate of service representing that Defendant's counsel mailed the document to Plaintiff at the address listed on the docket the same day Defendant filed the document with the Court. (Docket #172 at 9.) Plaintiff asks the Court to "put [Defendant's counsel] in compliance with the local and federal rules"; however, the Court finds that Defendant's reply satisfies the service requirements of Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Therefore, Plaintiff's motion is **denied**.