IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

    Plaintiff,

v.

DARRELL SNYDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2012.**

    Pending before the Court is Plaintiff[']s Motion to Strike Defendant's Reply to Plaintiff[']s Response to Defendant's Motion for Summary Judgement (sic) [filed April 17, 2012; docket #187]. Pursuant to D.C. Colo. LCivR 7.1C, the Court may rule on the motion at any time after it is filed.

    Plaintiff asserts, and the Court agrees, that Defendant's reply [docket #172] in support of his motion seeking summary judgment does not comply with Chief Judge Daniel's practice standards. Chief Judge Daniel's Special Instructions Concerning Motions for Summary Judgment state that if a reply brief is filed, it shall contain "a separate section styled 'Response Concerning Disputed Facts' admitting or denying the disputed material facts set forth by the opposing party..." WYD Civ. Prac. Stds. § III.B.6.b. Defendant's reply brief contains no section regarding either disputed or undisputed facts.

    Based on Defendant's failure to comply with Chief Judge Daniel's Practice Standards, Plaintiff[']s Motion to Strike Defendant's Reply to Plaintiff[']s Response to Defendant's Motion for Summary Judgement (sic) [filed April 17, 2012; docket #187] is **granted**. Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 171) [filed March 27, 2012; docket #172] is hereby **stricken**. Defendant may re-file his reply brief in compliance with Chief Judge Daniel's practice standards, as well as all federal and local court rules, **on or before April 25, 2012**.