IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02669-WYD-MEH

STEVEN DOUGLAS GREEN,

      Plaintiff,

v.

DARRELL SNYDER,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2012.**

      Pending before the Court is Plaintiff's Request for Temporary Transcripts [filed September 20, 2012; docket #238]. Plaintiff notifies the Court of his intent to appeal a number of orders issued by Chief Judge Daniel and one order issued by this Court. In order to prepare for the appeal, Plaintiff asks the Court to temporarily provide him with partial transcripts "by way of CD/Floppy Disk." However, Plaintiff does not indicate which specific transcripts he seeks to obtain.

      Upon review of the docket, the Court observes only three proceedings conducted on the record: a Scheduling Conference held on May 3, 2011 [docket #82], a Supplemental Scheduling Conference held on November 1, 2011 [docket #143], and a Final Pretrial Conference held on May 2, 2012 [docket #199]. Neither this Court nor Chief Judge Daniel held a hearing regarding any of the orders to which Plaintiff now objects. Because Plaintiff has failed to demonstrate how any of the aforementioned proceedings are relevant to his appeal, Plaintiff's motion is **denied**.